138173

**UNITED STATES DISTRICT COURT**
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

# PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1277JRT/FIN Case Title: Workstations Hardware v. Travelers Property Casualty

Affidavit of Movant

I, Daniel A. Haws, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Mark D. Sheridan, an attorney admitted to practice in the State of New Jersey, the United States District Courts for the Western District of Wisconsin, the Southern District of New York and the District of New Jersey, but not admitted to the bar of this Court, who will be counsel for the Defendant Travelers Property Casualty Insurance Company in the case listed above. I am aware that the local rules of this Court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 193501 | August 1, 2001 |
| Signature | MN Attorney License # | Date |

Affidavit of Proposed Admittee

I, Mark D. Sheridan, am currently a member in good standing in the State of New Jersey, the United States District Courts for the Western District of Wisconsin, the Souther District of New York and the District of New Jersey, but not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Mark D. Sheridan | [signature] | August 7, 2001 |
| Type/Print Name | Signature | Date |

Attorney License Number: None issued in New Jersey
Law Firm Name & Address:
Drinker, Biddle & Shanley, LLP
500 Campus Drive
Florham Park, New Jersey 07932
Telephone: (763) 360-1100

Motion Granted: [signature] AUG 15 2001
For the Court: ~~Francis E. Dosal,~~ Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.
#471588

AUG 15 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK