**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

WORKSTATIONS HARDWARE SERVICES, et al.,

Plaintiffs,

v.

TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,

Defendant.

Civil No. 01-1277 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Paul Peterson, PETERSON LAW OFFICE, 6043 Hudson Road, Suite 365, Woodbury, MN 55125, for plaintiffs.

Daniel A. Haws, Stacy E. Cudd, MURNANE CONLIN WHITE & BRANDT, 444 Cedar Street, Suite 1800, St. Paul, MN 55102, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: 9/21/01
at Minneapolis, Minnesota.

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED SEP 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK